FILED

JUN 2 5 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | **4:14CR204 AGF/SPM** |
| | ) | |
| VICTORIA JEAN BRILEY, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

Between on or about February 1, 2006 and on or about May 31, 2014, in the Eastern

District of Missouri, the defendant,

**VICTORIA JEAN BRILEY,**

voluntarily, intentionally and knowingly stole and converted more than $100,000 of money and

other things of value to her own use, to wit: survivor benefits from the United States Department of

Veterans Affairs payable to her deceased mother with the intent to deprive the United States of the

use and value of the same.

In violation of Title 18, United States Code Section 641.

A TRUE BILL


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
Thomas C. Albus, #96250
Assistant United States Attorney